FILED
2020 Jan-16 AM 09:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **MELISSA FENDLEY,** | ) |
| **Plaintiff,** | ) |
| v. | ) **CIVIL ACTION NO.:** |
| | ) **2:19-cv-02014-RDP** |
| **CASA FIESTA FULTONDALE, INC.;** | ) |
| | ) **UNOPPOSED** |
| **Defendant.** | ) |

## DEFENDANT'S MOTION FOR AN EXTENSION TO RESPOND TO PLAINTIFF'S COMPLAINT

COMES NOW **Defendant Casa Fiesta Fultondale, Inc.** ("Defendant"), by and through undersigned counsel, and moves this Honorable Court to extend the deadline for Defendant to respond to Plaintiff's Complaint for a period of **twenty-one (21) days to February 11, 2020.** In support of this Motion, Defendant state as follows:

1. Counsel for Defendant was very recently retained by Defendant to provide its defense in this matter.

2. In light of Defendant's upcoming deadline to file a response to the Complaint on or before January 21, 2020, Defendant provides to the Court that more time is needed for the Defendant to adequately respond to the Complaint.

3. Additionally, the parties have already begun settlement discussions. Defendant is optimistic that this matter may be resolved prior to further litigation.

4. Defendant therefore requests that its deadline to respond to Plaintiff's Complaint be extended by **twenty-one (21) days to February 11, 2020.** The requested extension will not prejudice the parties or the Court.

5. Defendant has conferred with counsel for the Plaintiff, and **Plaintiff's counsel conveyed that Plaintiff does not oppose this Motion.**

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request that the Court extend the deadline for Defendant to respond to Plaintiff's Complaint as set forth above.

    Respectfully submitted,

    /s/ Michael C. Guarino
    Michael C. Guarino
    Attorney for Defendant

**OF COUNSEL**:

Carr Allison
100 Vestavia Parkway
Birmingham, Alabama 35216
Phone: 205-822-2006
mguarino@carrallison.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of January, 2020, the foregoing document was filed electronically and thereby served on the following counsel of record:

Edward I. Zwilling, Esq.
Law Office of Edward I. Zwilling, LLC
4000 Eagle Point Corporate Dr.
Birmingham, Alabama, 35242
Telephone: (205) 822-2701
edwardzwilling@zwillinglaw.com


/s/ Michael C. Guarino
OF COUNSEL