FILED

2020 Feb-11  AM 10:14
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **MELISSA FENDLEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.:** |
| | ) | **2:19-cv-02014-RDP** |
| **CASA FIESTA FULTONDALE, INC.;** | ) | |
| | ) | **<u>UNOPPOSED</u>** |
| **Defendant.** | ) | |

## JOINT NOTICE OF SETTLEMENT

COMES NOW **Melissa Fendley** and **Casa Fiesta Fultondale, Inc.**, by and through undersigned counsel, and advise the Court that they have reached an agreement to resolve the above-captioned matter. The parties are in the process of finalizing the settlement documents and anticipate filing a joint stipulation of dismissal with prejudice with the Court within the next forty-five (45) days.

Respectfully submitted,

| /s/ Edward I. Zwilling | /s/ Michael C. Guarino |
|---|---|
| Edward I. Zwilling, Esq. | Michael C. Guarino, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Law Office of Edward I. Zwilling, LLC | CARR ALLISON |
| 4000 Eagle Point Corporate Drive | 100 Vestavia Parkway |
| Birmingham, AL 35242 | Birmingham, AL 35216 |
| Telephone: (205) 822-2701 | Telephone: (205) 822-2006 |
| edwardzwilling@zwillinglaw.com | mguarino@carrallison.com |