# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| MELISSA FENDLEY, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: |
|  | ) 2:19-cv-02014-RDP |
| CASA FIESTA FULTONDALE, INC.; | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff **Melissa Fendley**, and Defendant **Casa Fiesta Fultondale, Inc.**, by and through their respective undersigned counsel, and jointly advise the Court an amicable resolution has been reached to settle this matter in its entirety.

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties in the above-captioned action that this matter be dismissed with prejudice and with costs taxed as paid.

Respectfully submitted this the 3rd day of March, 2020.

_____
Edward I. Zwilling, Esq.
Attorney for Plaintiff
Law Office of Edward I. Zwilling, LLC
4000 Eagle Point Corporate Dr.
Birmingham, Alabama, 35242
Telephone: (205) 822-2701
edwardzwilling@zwillinglaw.com

_____
Michael C. Guarino, Esq.
Attorney for Defendant
Carr Allison
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: 205-822-2006
mguarino@carrallison.com