FILED
2020 Mar-02  PM 02:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MELISSA FENDLEY,** | }<br>} |
| Plaintiff, | }<br>} |
| v. | }  Case No.: 2:19-cv-02014-RDP<br>} |
| **CASA FIESTA FULTONDALE, INC.** | }<br>} |
| Defendant. | } |

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal with Prejudice (Doc. # 9), filed March 2, 2020, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**.  The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this March 2, 2020.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE